**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_____PANAMA CITY_____ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

THIRD AMENDED COMPLAINT

WAYNE WILLIAM TUCKER                ,

Inmate # 987625                .
  (Enter full name of Plaintiff)

                                              5:17-cv-280-MCR-CJK

vs.                                  CASE NO: _____
                                        (To be assigned by Clerk)

  JULIE L. JONES, et al.,                ,

_____,

_____,

_____,

_____.

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Provided to
Okaloosa Correctional Inst
on 12-13-18 PG
for mailing by _____

FILED USDC FLND PN
DEC 14 '18 PM 1:58

## I. PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: _Wayne William Tucker_

Inmate Number _DC # 987625_

Prison or Jail: _Okaloosa Correctional Institution_

Mailing address: _3189 Colonel Grey Milley Road_
_Crestview, Florida 32538_

## II. DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1)   Defendant's name: _Julie L. Jones, Individually and in her official Capacities,_
      Official position: _The Secretary_
      Employed at: _Florida Department of Corrections_
      Mailing address: _501 South Calhoun Street_
      _Tallahassee, Florida 32399-2500_

(2)   Defendant's name: _Rick Scott, Individually and in his official Capacities_
      Official position: _The Governor_
      Employed at: _State of Florida_
      Mailing address: _The Capital, 400 South Monroe Street,_
      _Tallahassee, Florida 32299-0001._

(3)   Defendant's name: _Florida Department of Health, Individually and in their Official Capacities,_
      Official position: _Division of Medical Quality Assurance_
      Employed at: _State of Florida._
      Mailing address: _4052 Bald Cypress Way, Bin C-75_
      _Tallahassee, Florida 32299-0 3275_

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

_See [Continuation to Page # 2a]_

Page #2a. Continuation.

(4): Defendants Name: Corizen Health Services Inc., Individually and in his/their Official Capacity.
Official position: medical Contractor with/For The Florida Department of Corrections,
Employed at: Subcontracts medical Department at Florida Department of Corrections
Mailing address: 535 Apple Yard Drive
                 Tallahassee, Florida 32304

(5): Defendants Name: Centurion Health Services, Inc., Individually and in his/their Official Capacity.
Official position: Medical Contractor with/For The Florida Department of Corrections,
Employed at: Subcontracts Medical Department at Florida Department of Corrections
Mailing address: 1203 Governors Square Blvd Suite 600
                 Tallahassee, Florida 32301

(6): Defendants Name: Gilead Sciences Inc, Individually and in his/their Official Capacity,
Official position: Manufacture of Conplera Medication.
Employed at:
Mailing address: 199 East Blaine Street
                 Seattle, WA 98102

(7): Defendants Name: Ebony O. Harvey, Individually and in his Official Capacity,
Official position: Doctor/Director of Health Services Administration
Employed at: Florida Department of Corrections,
Mailing address: 501 South Calhoun Street,
                 Tallahassee, Florida 32399-2500

(8): Defendants Name: Tom Reimers, Individually and in his Official Capacity.
Official position: Doctor/Director of Health Services Administration.
Employed at: Florida Department of Corrections,
Mailing address: 501 South Calhoun Street,
                 Tallahassee, Florida 32399-2500

(9): Defendants Name: T. Bowden, Individually and in his Official Capacity
Official position: Secretary's Representative,
Employed at: Florida Department of Corrections
Mailing address: 501 South Calhoun Street,
                 Tallahassee, Florida 32399-2500

2a.

See Continuation to Page #2b.

[Page # 2b, Continuation.]

\# (10): Defendants Name: A. Paynter, Individually and in his official capacity,
   Official position: Secretary's Representative
   Employed at: Florida Department of Corrections
   Mailing address: 501 South Calhoun Street,

   Tallahassee, Florida 32399-2500

\# (11): Defendants Name: J. Dowd, Individually and in his official capacity,
   Official position: Secretary's Representative
   Employed at: Florida Department of Corrections
   Mailing address: 501 South Calhoun Street,

   Tallahassee, Florida 32399-2500

\# (12): Defendants Name: S.R. Simpson, Individually and in her Official Capacity,
   Official position: Nurse
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road

   Milton, Florida 32583-7914

\# (13): Defendants Name: Shaila Kay Szalai, Individually and in her official Capacity,
   Official position: Nurse,
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road

   Milton, Florida 32583-7914

\# (14): Defendants Name: Marsha Jean Cook Nichols, Individually and in her Official Capacity,
   Official position: Nurse,
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road

   Milton, Florida 32583-7914

\# (15): Defendants Name: T. Shaner, Individually and in her Official Capacity,
   Official position: Nurse,
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road

   Milton, Florida 32583-7914

2b.                    See [Continuation to Page - 2c.]

[Page 2c. Continuation]

(16): Defendants Name: Mrs. Kelly, Individually and in her official Capacity,
   Official position: Nurse
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road
                    Milton, Florida 32583-7914

(17): Defendants Name: W.D. Rummel, Individually and in his Official Capacity,
   Official position: Doctor/CHO/Medical Director
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road
                    Milton, Florida 32583-7914

(18): Defendants Name: S. Schwartz, Individually and in his Official Capacity,
   Official position: Doctor/CHO/Medical Director
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road
                    Milton, Florida 32583-7914

(19): Defendants Name: L.E. Brown, Individually and in his Official Capacity,
   Official position: Doctor/Medical Director
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road
                    Milton, Florida 32583-7914

(20): Defendants Name: Denis A. Vilchez, Individually and in his Official Capacity,
   Official position: Doctor/Medical Director
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road
                    Milton, Florida 32583-7914

(21): Defendants Name: R. Comerford, Individually and in his official Capacity,
   Official position: Warden.
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road
                    Milton, Florida 32583-7914

2c.

see [Continuation to Page # 2d.]

[Page. 2d. continuation]

(22): Defendants Name: Jimmy Coker, Individually and in his Official Capacity.
Official position: Warden
Employed at: Santa Rosa Correctional Institution Annex
Mailing address: 5850 East Milton Road
Milton, Florida 32583-7914

(23): Defendants Name: C. Padgett, Individually and in his Official Capacity
Official position: Assistant Warden
Employed at: Santa Rosa Correctional Institution Annex
Mailing address: 5850 East Milton Road
Milton, Florida 32583-7914

(24): Defendants Name: C. Courtney, Individually and in his Official Capacity
Official position: Assistant Warden
Employed at: Santa Rosa Correctional Institution Annex
Mailing address: 5850 East Milton Road
Milton, Florida 32583-7914

(25): Defendants Name: MR. Shaner, Individually and in his Official Capacity
Official position: Captain
Employed at: Santa Rosa Correctional Institution Annex
Mailing address: 5850 East Milton Road
Milton, Florida 32583-7914

(26): Defendants Name: R. Lenzo, Individually and in his Official Capacity.
Official position: Captain
Employed at: Santa Rosa Correctional Institution Annex
Mailing address: 5850 East Milton Road
Milton, Florida 32583-7914

(27): Defendants Name: Cheryl Richardson,
Official position: Lieutenant (L.T.)
Employed at: Santa Rosa Correctional Institution Annex
Mailing address: 5850 East Milton Road
Milton, Florida 32583-7914.

2d.        See [Continuation to Page 2e.]

Page # 2e. Continuation

(28): Defendants Name : R.F. Caldwell, Individually and in his Official Capacity.
   Official position : classification
   Employed at : Santa Rosa Correctional Institution Annex
   Mailing address : 5850 East Milton Road
                    Milton, Florida 32583-7914

(29): Defendants Name : J.R. Branson, Individually and in his Official capacity
   Official position : classification
   Employed at : Santa Rosa Correctional Institution Annex
   Mailing address : 5850 East Milton Road
                    Milton, Florida 32583-7914

(30): Defendants Name : 2.A. Williams, Individually and in his Official capacity
   Official position : classification
   Employed at : Santa Rosa Correctional Institution Annex
   Mailing address : 5850 East Milton Road
                    Milton, Florida 32583-7914

(31): Defendants Name : C.M. Bishop, Individually and in his Official capacity
   Official position : classification
   Employed at : Santa Rosa Correctional Institution Annex
   Mailing address : 5850 East Milton Road
                    Milton, Florida 32583-7914

(32): Defendants Name : L.W. Mayo, Individually and in his Official capacity.
   Official position : Warden
   Employed at : Everglades Correctional Institution
   Mailing address : 1599 Southwest 187th Ave
                    Miami, Florida 33194-2801

(33): Defendants Name : J. Wilbert, Individually and in his Official capacity.
   Official position : Correctional officer
   Employed at : Santa Rosa Correctional Institution Annex
   Mailing address : 5850 East Milton Road
                    Milton, Florida 32583-7914

2e.

See Continuation to Page # 2f.

|Page: 2F. Continuation|

(34): Defendants Name: L.A. Lewis, Individually and in her Official Capacity.
   Official position: Nurse
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road
                 Milton, Florida 32583-7914

(35): Defendants Name: Mrs. Gibson.
   Official position: Pharmacist
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road
                 Milton, Florida 32583-7914

(36): Defendants Name: Mrs. S. Melvin
   Official position: Nurse
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road
                 Milton, Florida 32583-7914

(37): Defendants Name: Mrs. Douglas
   Official position: Nurse
   Employed at: Santa Rosa Correctional Institution Annex
   Mailing address: 5850 East Milton Road
                 Milton, Florida 32583-7914

At all relevant times herein, defendants were persons for purposes of 42 U.S.C. Section 1983 and acted under the color of State law to deprive plaintiff of his Federal Constitutional rights, as set forth more fully below.

III.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.   **PREVIOUS LAWSUITS**

NOTE:  FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(   )               (No)(X)

   1.   Parties to previous action:
       (a)   Plaintiff(s): _____ N/A _____
       (b)   Defendant(s): _____ N/A _____
   2.   Name of judge: _____ N/A _____   Case #: ____ N/A ____
   3.   County and judicial circuit: ____ N/A ____
   4.   Approximate filing date: _____ N/A _____
   5.   If not still pending, date of dismissal: _____
   6.   Reason for dismissal: _____ N/A _____
   7.   Facts and claims of case: _____ N/A _____
       _____

   **(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(   )               (No)(X)

   1.   Parties to previous action:
       a.   Plaintiff(s): _____ N/A _____
       b.   Defendant(s): _____ N/A _____
   2.   District and judicial division: _____ N/A _____
   3.   Name of judge: _____ N/A _____   Case #: ___ N/A ___
   4.   Approximate filing date: _____ N/A _____
   5.   If not still pending, date of dismissal: N/A _____
   6.   Reason for dismissal: _____ N/A _____

3

7.    Facts and claims of case: _____ N/A _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.    Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(X)                         No(  )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.    Parties to previous action:
      a.    Plaintiff(s): Wayne William Tucker
      b.    Defendant(s): Secretary Florida Dept of Corrections
2.    District and judicial division: United States District Court for the Middle District of Florida, Fort myer Division
3.    Name of judge: Marcia Morales Howard      Case #: 2:03-cv-470-FTM-4 DNF
4.    Approximate filing date: August 12, 2003
5.    If not still pending, date of dismissal: March 31, 2009
6.    Reason for dismissal: 52254 Petition Denied and dismissed with prejudice
7.    Facts and claims of case: 32254 Federal Habeas Corpus Petition, Facts stated:
      2009 U.S. Dist LEXIS 27641

**(Attach additional pages as necessary to list cases.)**

D.    Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes(  )                    No(X)

1.    Parties to previous action:
      a.    Plaintiff(s): _____ N/A _____
      b.    Defendant(s): _____ N/A _____
2.    District and judicial division: N/A
3.    Name of judge: _____ N/A _____   Case Docket # _____ N/A _____
4.    Approximate filing date: _____ N/A _____   Dismissal date: _____ N/A _____
5.    Reason for dismissal: _____ N/A _____

6. Facts and claims of case: __MA__

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1: In the Year 1998 complainant was diagnosed with Acquired immuno deficiency Syndrome (AIDS) and given three (3) months to live because my Viral load was so high, in the millions, it could not properly be counted, and I had No CD4 count to fight off any kind of infections.

2) On 8-25-1998 I was sent to Central Florida Reception Center (C.F.R.C.) in Orlando Florida to see Several Specialist and Doctors for the medical Treatment, including, but not limited to: DR. Mutch, DR. Prochet, DR. Rechtine. On 9-2-1998 I was seen by DR. Mutch. On 9-8-1998 I was seen by DR. Prochet and DR. Rechtine. On 9-11-1998 The Specialist Doctors started me on Antire troviral medications and Prescribed as a part of my Medical Treatment: Crixivan, Two 400 mg Capsules every 8 hours; Epivir, one 150 mg tablet twice a day; Zerit, one 40 mg capsule twice a day. A 4,000 Calorie Regulated Diet and Ensure Supplemental Drinks, High Protein to repair and rebuild Muscle tissue, Two cans x Three times a day to prevent Lipoatrophy, and several other medications to alter the severe side effects of the above Antiretroviral Medications Prescribed and for Pain.

3: On 10-7-1998 Complainant was transfered to Zephyrhills Correctional Institution, I was very, very sick and it took several Years to get the Aids under control and gain back my weight, Around the Year 2010 I had an undetectable Viral load and my CD4 count was High and Normal to fight off infections, and my weight was up and stable at around 150 lbs. I stayed at Zephyrhills C.I. until Year 2013.

4: On 1-30-2013 Complainant was transfered to Everglades Correctional Institution and had an undetectable Viral load. While at Everglades C.I. In the Year 2014 I was seen by a Specialist Doctor (Unnamed Doctor) from the Miami Florida Health Department, and my Antire troviral medications above were changed to Complera.

5: I was advised that I would be seen by a Specialist from their office every 90 days/three (3) Months to be Monitored, And if I had any of the below Severe Side effect of the New Complera

5                    See    CONTINUATION TO PAGE - 5a.

medication, to immediately report to Sick Call and there would be No Sick call Medical co-payment or charge, and someone from their office would promptly come to see me. Only the Specialist from the Miami Florida Health Department could oversee and monitor the Specific protocol as established for the New Complera Medication and my HIV Treatment.

*6: The New Complera Medication had several severe side effects, including, but not limited to: (1) Loss of fat from Legs, Arms, Face (Lipoatrophy) (2) Migrain Headachs (3) Unusual Muscle pain (4) Bone pain) (5) Pain in the upper Back and Neck from the Buffalo Hump (6) Bone Problems (7) Pain and dis comfort) (8) Nausea, (9) Diarrhea (10) Dizziness, (11) Vomiting (12) stomach pain (13) Feeling Very Weak or tired (14) Loss of appetite for several days or longer (15) Depression (16) New or Worse Kidney Problems ( (17) Mouth sores (18) Feeling cold, espically in your arms and legs (19) Trouble Sleeping, (20) Abnormal dreams (21) Rashes (22) Hives (23) Fever, (24) Eye Redness (25) Swelling of your face, lips, tongue or throat (26) Fast or uneven heart rate (27) Confusion (28) Increased thirst and urination ) (29) Swelling in your feet or ankles (30) Itching (31) Swollen glands (32) Flu Symptoms (33) Easy bruising or bleeding (34) Severe tingling or numbness (35) Muscle Weakness (36) chest pain, (37) New or Worsening cough with fever (38) Night Sweats (39) Weight Loss (40) cold sores (41) Problems with Balance or eye Movement (42) Severe Lower Back pain (43) Loss of Bladder or Bowel Control. See [Exhibit #1]

7: On 10-17-2014 Complainant was transferred from Everglades Correctional Institution in Miami, Florida to Santa Rosa Correctional Institution Annex in Milton Florida. I promptly advised Medical staff of my Chronic Medical Conditions, Human immuno defiancy Virus (HIV) and his current Prescribed Medication Complera, which has several severe side effects as stated above.

*8: Complainant also advised the Medical Department of his Prescribed Medications for the above side effects and current Medical Passes which included: (1) A 4000 Calorie Diet, (2) Ensure supplemental Drinker that was Prescribed by a Specialist to prevent Lipatrophy, and other Medications (3) Extra Strength Excedrin, two tablets three times a day for migraine Headaches and Body aches and pains (4) Naproxen 500MG Tablet, one Tablet x twice a day for Back and joint Pain (5) Low/Bottom Bunk Pass (6) No Prolong Standing over 15 minutes (7) No Push, No Pull, No Lift over 15 lbs (8) Brogan Boots (9) Insoles (10) cotton Blanket (11) Hernia Belt (12) Jacket Pass (13) To be allowed to take medication after meals. See [Appendix #2]

9: And advised the Medical Department of his current Prescribed Medications, including, but not limited to: (1) Xopenex HFA 15 cm 45 mcG Inhaler (For Asthma) (2) Alvesco 6.1 Gm. 80MG Inhaler (For Asthma) (3) Ranitidine 150 m G Tab (For Heartburn) (4) Loperamide 2 MG Capsule (For Diarrhea) (5) Naproxen 500 MG Tablet (For Back pain) (6) Extra Strength Excedrin (For migraine Headaches, Body aches, muscle aches) (7) 2 PM 4 m G Tablet (For Hay fever and Allergies) (8) Flunisolide Nasal Spray 0.25% Inhaler (For Sinus Problems) (9) Tolnaftate Antifungal Powder 45 cm 1% (For Jock itch) (10) Hemorrhoidal ointment (For bleeding Hemorroids) (11) Visine-A: Eye Allergy relief Dropr (12) Tear-Gel Dandruff Shampoo (13) Terbutaline 5 MG Tab (For Asthma) (14) Folic Acid 1 MG Tablet (15) Vitamin B-12 500 MG Tablet (16) Sun Block (17) A+D Ointment (18) Ensure supplemental Drinker (19) Shoe Insole size 6 1/2 (20) Lisinopril 10 mG Tablet (For Blood pressure) (21) Pravastatin 10 mG Tablet (For cholesterol) (22) Gas Relief Plus 80 MG Tablet (23) Muscle Rub Ointment (24) Carbamide Peroxide Ear Drops 6.5% (25) Omega-3, Fish oil (26) Bacitracin (27) chlorhexidine Gluc 16 oz 0.12% Oral Rinse Usp, (28) mupirocin Ointment Usp 2% (29) Triamcinolone Acetonide cream Usp 0.5% (30) Hydrocortisone Anti-itch cream 1%

5a.

*10: Complainant further advised the Medical Department I was Coughing up BLACK FLIM/mucous/CONGESTION from my Lungs that needed to be tested to find out what it is so it could be Properly Treated.

*11: That I was just shipped from Everglades C.I. Which had Condemn the Dorms because of "BLACK MOLD IN THE DORMS", and I was in those Dorms for TWO YEARS EXPOSED TO AND BREATHING THE BLACK MOLD. That I was in FEAR I HAD EITHER BLACK MOLD OR CANCER IN MY LUNGS"

*12: The Next day Orientation was given to everyone Who Came on the transfer from Everglades C.I. (50 Inmates). Nurse Kelly and two other Nurses did the orientation (Two Unnamed Nurses/Jane Doe's). Everyone was advised at Orientation by Nurse Kelly that Santa Rosa C.I., Annex and/or the Medical care providers/Contractors above, implemented a policy, custom, or practice that you have to go to Sick Call Three times before Seeing a Qualified Doctor and/or to get Medical Prescriptions and/or Medical Passes renewed or written for medical Problems. A Policy is a decision that is officially adopted by the municipality, or created by an official of Such rank that he or she could be Said to be acting on behalf of the municipality.

*13: Plaintiff Alleges that the Governor Rick Scott developed a policy that the Florida Department of Corrections (FDOC) to take bids from private Contractors for it's Health Care responsibilities to Save money on inmate health care cost.

*14: In the last few Years Since Julie L. Jones of the Florida Department of Corrections has decided to subcontract it's medical Responsibilities to inmates to Outside Incorporations owned by Rick Scott. The Medical Department Standards in relation to it's Responsibilities has been put aside in order to make a higher profit through it's procedures Which is Unacceptable to human Standards and Would be Shocking to any civilized Standards to Society.

*15: And that the Florida Department of Corrections Secretary Julie L. Jones has a Policy of outsourcing it's health care responsibilities to private contractors to Save Money on inmate health care Costs. Pursuant to this policy, FDOC entered into a Contract with Corizon Health Services, Inc, and thereafter with Centurion Health Services, Inc, Owned by Rick Scott, Which the Florida Department of Health was to oversee knowing that Corizon and Centurion had a policy or custom of directing or incentivizing it's health care employees, Nurses, and Doctors to Interfere with a Certified Specialist Doctors Prescribed Course of medical treatments by altering and/or changing and/or cancelling and/or discontinuing already Prescribed Medications and/or medical treatments prescribed in the inmates Medical File and/or delay and/or deny inmates from Seeing Specialist for Specific Medical Conditions for medical treatments to be Prescribed and/or Problems and/or Side effects they are having with already Prescribed Medications and/or treatments and/or deny and/or delay and/or alter the writing of Prescribed Medications for medical treatment already prescribed and/or alter and/or reduce and/or change the dosage and/or amount for the Medications already Prescribed for the medical treatment and/or alter and/or change the Medications already prescribed and/or make inmates Submit Multiple Sick Call request to delay the writting of Prescribed Medications for medical treatments already prescribed and/or to See a Specialist and/or Doctor to Prescribe and/or renew Prescribed Medications for medical treatments in order to Contain Costs and Maximize it's profit ability, Which Caused an unacceptable decline in the quality of medical care provided to inmates/prisoners.

*16: Plaintiff also asserts that Julie L. Jones the Secretary FDoc, her Representatives Ebony O. Hervey, Tom Reimers, T. Bowden, A. Paynter, J. Dowd, Michelle Schouest, R. Comerford, Jimmy Coker, C. Padgett, C. Courtney, R. Lenzo, Shaner, Cherly Richardson, R.F. Caldwell, J.R. Brunson, C.A. Williams, C.M. Bishop, J. Wilbert, the Florida Health Department Sandling Speeding, Streetman, knows of and Condones or encourages the custom of the Florida Department of Corrections health care Providers/Contractors Corizon Health Services, Inc, Centurion Health Services, Inc and their Subcontractors and/or Health Care employees, Nurses, Doctors, S.E. Simpson, Sheila Kay Szalai, Marsha Jean Cook Nichols, T. Shaner, Kelly, W.D. Rummel, S. Schwartz, L.E. Brown, Denis A. Vilchez, L.A. Lewis, Gibson, S. Melvin, to deny necessary Medical Care for Plaintiff and other inmates Serious Medical needs, Medical Treatments and/or Medical Conditions from 10-17-2014, until now the below date, as Stated above and/or below.

5b.

17. Plaintiff's Medical Provider is still The Florida Health Department and Centurion Health Services, Inc, Who is still continually disregarding the seriousness of my chronic medical conditions, medical treatments, already prescribed medications and medical passes that are currently prescribed and in my medical file for several years, And continually refusing to see me through sick call procedures to renew any of my prescribed medications that alter the severe side effects of the prescribed Complera Medication, And Plaintiff AGAIN CANNOT TAKE THE COMPLERA MEDICATION BECAUSE OF SEVERE DIARRHEA, BONE PAIN, MUSCLE PAIN, BODY ACHS, MIGRAINE HEADACHS, AND ALL THE OTHER SEVERE SIDE EFFECTS OF THE COMPLERA MEDICATION. AND PLAINTIFF IS IN CONSTANT PAIN AND SUFFERING.                And he has continually been denied Proper Medical Care because Medical Staff's is REFUSING TO SEE HIM FOR THE SICK CALLS I properly submitted to renew the above stated drastically needed prescribed medications for my severe chronic medical conditions and disorders, And obstruct me and/or Deny Me of seeing the Doctor.

18. Further because of Warden Barfield's issuing of an order to Medical Staff "TO FLOAT IN WATER PLAINTIFF's COMPLERA MEDICATION", Violating the instructions issued by the manufacture GILEAD SCIENCES INC instructions, And the Florida Health Departments Expert DR. S. Streetman's specific instructions That THE TIME RELEASE MEDICATION COMPLERA COULD NOT BE FLOATED/PUT IN WATER AS IT WOULD INJURE MY THROAT ALL THE WAY DOWN TO MY STOMACH AS IT TAKES THE PROTECTIVE COATING OFF OF THE MEDICATION"

19. Plaintiff had a Undetectable Viral load, Which is Now up to 760,400.00 and my CD4 was up to 1184, and is Now only 487 because of the complaints herein and the Denial of Proper needed Medical Care.

20: VI. STATEMENT OF CLAIMS:

21. Plaintiff realleges and incorporates by reference paragraphs 1-19. Supra.

22. CLAIM ONE. THAT SANTA ROSA CORRECTIONAL INSTITUTION ANNEX WARDEN Comerford, E. PADGETT, CAPTAIN SHANER, DR. TEAM MEMBERS J.R. BRUNSON, C.A. WILLIAMS, MEDICAL STAFF S.R. SIMPSON, VIOLATED THIS INMATES PROTECTED LIBERTY INTEREST, RIGHTS TO FREEDOM OF SPEECH, TO BE FREE FROM RETALIATION, TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT, EQUAL PROTECTION, DUE PROCESS OF LAW AS GUARANTEED UNDER THE 1, 4, 5, 8, 14 AMENDMENTS OF THE UNITED STATES CONSTITUTION.

23. On 10-17-2014, I was transferred from Everglades C.I. to Santa Rosa C.I. Annex and Medical Staff provided a temporary pass for my Medically prescribed 4000 calorie Diet and all other current Medical Passes and advised me they would schedule me to see a Medical Doctor.

24. On 10-27-2014 I was seen by Nurse Shelia Szalai Who renewed all of my Medical Passes Except for my prescribed 4000 calorie Diet, Stating "WE DO NOT DO SPECIAL DIETS AT THIS CAMP"! But I'll review your file, you can pick up that pass later.

25. Plaintiff Promptly disclosed my chronic Medical Condition Which Qualify me for my 4000 calorie Diet that has been Prescribed by a Specialist Doctor for the last fifteen (15) years as part of my ongoing medically prescribed treatment to prevent Lipoatrophy and Weight loss.

26. Plaintiff did not receive my 4000 calorie diet Pass so I Promptly Submitted a Medical Sick Call Request to see a Qualified Doctor.

27. On 10-29-2014 I was called to Medical for Sick Call and was seen by Nurse S.R. Simpson I advised her my 4000 calorie Diet was prescribed by a Specialist Doctor, was part of my ongoing Medical treatment, and was still current/Good until 12-14-2014 from Everglades CI and only needed to be re-written by the Medical Department.

28. Nurse Simpson refused to write and/or issue me the 4000 Calorie Diet Pass Stating, "YOU DO NOT QUALIFY HERE FOR THAT PASS"!

29. I Promptly requested the reasons WHY I did not qualify for the Medically Prescribed 4000 Calorie Diet that was issued by a Specialist Doctor for the last fifteen Years.

30. Nurse Simpson Stated, "WE ARE NOT ISSUING YOU THAT PASS AND THAT'S IT"!

31. Plaintiff Promptly advised Nurse Simpson that I needed to see the Doctor because a Nurse Cannot override a Doctors Prescribed Medical Treatments.

32. Nurse Simpson then became Argumentative and told Plaintiff he Could not challenge nor to re-write the 4000 calorie diet pass and threatened to lock Plaintiff up stating, "IF YOU SAY ANOTHER WORD ABOUT THE DIET PASS I'LL lock YOU up"!

33. Plaintiff then advised Nurse Simpson that She and the Medical Department Where denying Me Proper Medical Care and being deliberate indifferent to the seriousness of my Medical needs as the 4000 Calorie Diet was prescribed by a Specialist Doctor to prevent Lipoatrophy and so I would not further lose Weight, that I was already 35 to 40 pounds Under Weight for my height. That if they are not going to let me see a Qualified Doctor to discuss my Medical treatment and tell Me WHY I didn't qualify at this Institutions Medical Department after I have received this treatment ongoing for fifteen (15) years. Then I would give them the opportunity to explain it to a Federal Court Judge With "they where improperly denying Me Proper Medical Care for my chronic illness.

34. Nurse Simpson then called Security and had Plaintiff locked up for Disrespect to officials and Placed into Confinement. See Exhibit-2 Appendix-L

35. Captain Shaner authorized the above Disciplinary report even after Plaintiff advised him of the facts and reasons above. He unduly told Plaintiff to: SHUT UP BEFORE HE BEAT MY ASS AND kicked me to SLEEP, Further Violating my first Amendment rights.

36. On 11-06-2014 Plaintiff Went to DR Court before Team Chairman J.R. Brunson and Team Members C.A. Williams and C.m. Bishop. As my defense I Promptly advised them of the above facts stated, and that the Disciplinary Report was improperly written by a NON-EMPLOYEE OF THE FLORIDA DEPARTMENT OF CORRECTIONS, That Nurse Simpson is employed by (or subcontract through) CONTRACTOR CORIZON HEALTH SERVICES, INC. Corizon is a Separate Incorporation outside of the FDOC. Corizon now sub contract the Medical department from FDOC, and all Nurses and Doctor's now work for Corizon, NOT FDOC. Nurse Simpson is Not an Employee or Correctional officer with and/or for FDOC Pursuant to ch:33-601.302(2). And she is not Authorized to write a DR. Also, It was a Violation of ch:33-103, 017 Which holds in part: Inmates Shall be allowed access to the grievance process without hindrance ... Good faith use of or good faith participation in the grievance process shall not result in Reprisal Against the Inmate.

37. The above DR Team officials found me Guilty, and Sentenced me to 30 Days Disciplinary Confinement: see Exhibit "2, Appendix" "L. Exhibits" A + B |

38. I timely filed an Appeal at the Institutional level, Warden's R. comerford and C. Padgett DENIED the Appeal on 11-17-2014, see Exhibit "2, Appendix" L Exhibits "C+D, Log# U6-1411-1235

39. I timely Filed Appeal to Julie Jones, The Secretary On 11-26-2014 On 12-11-14 The Secretary's representative E. Shire DENIED the Appeal [Exhibit "2, Ap" L# 16 W-6-38456]

40. In claim One Plaintiff established the above named Defendants by allowing the improper writing of the DR Violated and/or abridging my right to Freedom of Speech and to be free from Retaliation to petition the Government for redress of grievances as Guaranteed under the First (1st) Amendment, to be Free from Cruel and unusual punishment as Guaranteed under the Eighth (8th) Amendment, and Due Process, Equal Protection of the law as Guaranteed Under the Fifth (5th) and Fourteenth (14th) Amendment of the United States Constitution.

41. Plaintiff respectfully request that this Court enter judgment granting Plaintiff:

42. A declaration that the acts and omissions described herein Violated Plaintiff's rights Under the Constitution and laws of the United States;

43. A preliminary and permanent injunction ordering defendants to stop Violating Plaintiff's basic Constitutional rights by allowing and/or writing Frivolous DR'S by Medical Staff and change their policies.

44. To erase or expunge this Disciplinary report from my electronic and permanent files So it does not reduce MY chances for Parole.

45. Compensatory damages in the amount of $10,000.00 as against each defendant jointly and Severally on the above claim.

46. Punitive damages in the amount of $10,000,000.00 against each defendant jointly and Severally on the above claim.

47. Mental and Emotional damages in the amount of $700,000.00 against each defendant jointly and Severally on the above claim.

48. A jury trial on all issues triable by jury.

49. Plaintiff's Costs in this Suit.

50. Any additional relief this Court deems just proper and equitable.

51. CLAIM TWO: THAT THE SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS JULIE L. JONES, THE SECRETARY'S REPRESENTATIVE J. Dowd, EBONY O. HARVEY, SANTA ROSA CORRECTIONAL INSTITUTION ANNEX WARDEN'S Comerford, C. Coveney MEDICAL STAFF SHELIA SZALAI, S.R. SIMPSON, S. SCHWARTZ, (RID, CHO) MEDICAL CONTRACTOR CORIZON HEALTH SERVICES, INC., HAVE ACTED WITH RECKLESS DISREGARD, BAD FAITH AND MALICE BY THEM REFUSING TO RENEW HIS ALREADY PRESCRIBED 4000 CALORIE DIET PASS THUS VIOLATING HIS RIGHTS TO RECEIVE PROPER MEDICAL CARE, UNDER THE AMERICAN'S WITH DISABILITIES ACT (ADA) NOT TO BE DISCRIMINATED AGAINST, TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT, EQUAL PROTECTION, DUE PROCESS OF LAW AS GUARANTEED UNDER THE 5th, 8th, 14th AMENDMENT OF THE UNITED STATES CONSTITUTION

52. On 6-17-2014 Medical Staff provided Plaintiff a temporary pass for Seven (7) days for his prescribed 4000 calorie diet and all other Medical Asses.

53. On 10-27-2014 Plaintiff was seen by Nurse Shalia Szalai Who renewed all my Medical passes except for my Prescribed 4000 calorie Diet, stating: WE DO NOT DO SPECIAL DIETS AT THIS CAMP"! But I'll review your Medical File, you can pick up that pass later.

54. Plaintiff promptly disclosed his Chronic Medical Condition above Which Qualify him for his 4000 calorie Diet that has been prescribed for the last Fifteen (15) years as part of my Medically prescribed treatment to prevent Lipoatrophy and Weight loss, and to Maintain that weight.

55. Plaintiff did not receive his 4000 Calorie Diet Pass, So I promptly put in a Sick call request to See a Doctor to discuss my Prescribed Medical treatment.

56. On 10-29-2014 I was called for Sick Call and Seen by Nurse S.R. Simpson I advised Nurse Simpson my 4000 Calorie Diet Pass only had to be re-written, it was still good until 12-14-2014.

7.

57. Nurse Simpson refused to write Issue me 4 4000 Calorie Diet Pass stating, "You DO NOT QUALIFY HERE FOR THAT PASS"!

58. Plaintiff Promptly requested the reason "WHY", when the Diet has been Prescribed for Five(5) Years ongoing as part of my Medical Treatment.

59. Simpson Stated, "WE ARE NOT ISSUEING YOU THAT PASS AND THAT'S IT"!

60. I advised Nurse Simpson that I needed to see the Doctor because a Nurse Cannot override a Doctor's Prescribed Treatment,

61. Simpson became Aggravative stating, "IF YOU SAY ANOTHER WORD ABOUT THE DIET PASS I'LL Lock YOU UP"!

62. Plaintiff advised Nurse Simpson that if they are not going to let me see the Doctor and/or tell me what I did not Qualify, then I would give them the opportunity to explain it to a Federal Court Judge.

63. Nurse Simpson Called Security and had me Locked up and placed into Confinement. See Exhibit #-2, Appendix #-1.

64. In Confinement I was seen by Nurse Dougler issuing Single Dose Medication and advised her I had lost at least Seven (7) Pounds in 14 days, she Promptly back and Weighed me which confirmed I lost Seven(7) Pounds and Promptly Scheduled me to see Dr. Schwartz

65. On 11-12-2014 I was seen by Dr. Schwartz in Confinement who re-prescribed my 4000 Calorie Diet and Ensure Supplemental Drink from 11-12-14 to 2-12-2015 because I was losing so much weight. I have established INJURY because Nurse Szalai and Simpson failed to renew my 4000 calorie diet and Ensure Supplemental Drinks. See Exhibit #-3, Appendix #-2. Exhibit #-4, Appendix #-3.

66. I timely filed Medical Grievance and Assistant Warden C. Courtney and Dr. Schwartz DENIED the Grievance. See Exhibit #-3, Appx. #-2. Exhibit #-4, Appx. #-3.

67. On 11-28-2014 I timely filed Appeal to Julie L. Jones [Exhibit #-3, Appendix #-2]

68. On 12-23-2014 The Secretary Representatives J. Dowd and Dr. Ebony O. Harvey DENIED the Appeal. [Exhibit #-3, Supra.]

69. In their RESPONSES denying the appeal they failed to address or rebut the Errors raised above. And Therefore CONCEEDED TO THOSE AREAS. See Pettit v. Crosby, 862 So.2d 865, 866 & n. 1 (Fla. App. 1 Dist. 2003) A State Agency must Comply with it's own Rules.

70. In CLAIM TWO I established the above Named Defendant's denied me proper medical Care, subjected me to Suffer unnecessary and wanton infliction of pain, violated my Rights to be Free from Pain and Cruel and unusual punishment under the Americans with Disabilities Act (ADA), Not to be Discriminated against as Guaranteed under the Eighth (8th) Amendments Due Process/Equal Protection of Law under the Fifth (5th) and Fourteenth (14th) Amendment of the United States Constitution.

71. Plaintiff respectfully request this Court enter judgment Granting Plaintiff:

72. A declaration that the acts or omissions described herein violated my rights under the Constitution and Laws of the United States.

73. A preliminary and permanent injunction ordering defendant's Centurion Health Services, Inc, to stop allowing these Nurses to override Doctors and Specialist Prescribed Treatments regarding Plaintiffs Chronic Medical Conditions.

74. Compensatory damages in the amount of $8,000,000.00 against each defendant jointly and severally on the above claim.

75. Punitive Damages in the amount of $8,000,000.00 against each defendant jointly and severally on the above claim.

76. Mental and Emotional damages in the amount of $8,000,000.00 against each defendant jointly and severally on the above claim.

77. A jury trial on all issues triable by jury.

78. Plaintiff Costs in this Suit.

79. Any additional relief this Court deems just, proper, and equitable.

80. CLAIM THREE: THAT THE SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS JULIE L. JONES, THE SECRETARY'S REPRESENTATIVES J. DOWD, EBONY O. HARVEY SANTA ROSA CORRECTIONAL INSTITUTION ANNEX WARDENS COMERFORD, C. COURTNEY, MEDICAL STAFF NURSE SHELIA SZALAI, DR. S. SCHWARTZ M.D. CHO, MEDICAL CONTRACTOR FOR IRON HEALTH SERVICES, INC. HAVE ACTED WITH RECKLESS DISREGARD, BAD-FAITH AND MALICE AND DENIED HIM PROPER MEDICAL CARE FOR A SERIOUS MEDICAL NEED OF A SPECIAL DIET THAT WAS PRESCRIBED BY A SPECIALIST DOCTOR BY NURSE SHELIA SZALAI WHO DISCONTINUED AND CANCELLED PLAINTIFF'S ALREADY PRESCRIBED 4000 CALORIE DIET PASS AND ENSURE SUPPLEMENTAL DRINKS OVERRIDING DR. S. SCHWARTZ PRESCRIBED TREATMENTS THUS VIOLATING HIS RIGHT TO RECEIVE PROPER MEDICAL CARE, UNDER THE AMERICANS WITH DISABILITIES ACT (ADA), NOT TO BE DISCRIMINATED AGAINST, TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT, DUE PROCESS, EQUAL PROTECTION OF LAW AS GUARANTEED UNDER THE 5, 8, 14, AMENDMENTS OF THE UNITED STATES CONSTITUTION.

81. On 11-12-2014 I was seen by DR. S. SCHWARTZ who re-prescribed my 4000 Calorie Diet and Ensure Supplemental Drinks from 11-12-2014 to 2-12-2015. See Exhibit #-5, Appendix #-4. Exhibit #-A

82. On or about 12-30-2014, I was seen by Nurse Sheila Szalai, Who Unlawfully Interfered with a Specialist and Dr. Schwartz's Prescribed Medical Treatments by DISCONTINUING/CANCELING MY ALREADY PRESCRIBED 4000 CALORIE DIET AND ENSURE SUPPLEMENTAL DRINK THAT WERE GOOD UNTIL 2-12-2015.

83. Nurse Sheila Szalai stated, "I DON'T LIKE IT WHEN DR. SCHWARTZ SEES MY PATIENTS and CHANGES MY CLIENT TREATMENT I PRESCRIBE"

84. Nurse Sheila Szalai is Not a Licensed or Certified Doctor

85. I timely filed Medical Grievance and Assistant Warden C. Courtney and Dr. Schwartz DENIED The Medical Grievance. [Exhibit #5, App. #4 Exhibit #C, LoG #1501-119-124]

86. On 1-30-2015 I timely filed an Appeal to Julie L. Jones the secretary

87. On 2-25-2015 The Secretary's Representative J. Dowd and Ebony O. Harvey DENIED The Appeal. [Exhibit #5, Appendix #4. LoG #15-6-03815]

88. I, these RESPONSES denying the appeal they failed to address or rebut the Errors above, And they have ACQUIESCED to Those Acts by Acting viciously. Supra

89. In claim three, I established the above Named Defendants denied me Proper Medical care, Violated my Right to be Free from Pain and Cruel and Unusual Punishment, Under the Americans with Disabilities Act (ADA), Not to be Discriminated against as Guaranteed under the Eighth (8th) Amendment, Due Process, Equal Protection of Law under the Fifth (5th) and Fourteenth (14th) Amendment of the United States Constitution.

90. Plaintiff respectfully request that this Court order judgment Granting Plaintiff:

91. A declaration that the acts or omissions described herein Violated my rights Under the Constitution and laws of the United States;

92. A preliminary and permanent injunction ordering defendant Centurion Health Services, Inc. to Stop allowing their Nurses to override Doctors and Specialist Prescribed Treatments regarding my chronic medical condition, and to allow Plaintiff to See only Doctors and Not Nurses regarding medical treatments, Prescribed Medications in my Medical File already Prescribed;

D. Compensatory damages in the amount of # 8,000,000 against each defendant, jointly and severally on the above claim.

94. Punitive damages in the amount of # 8,000,000 against each defendant, jointly and severally on the above claim.

95. Mental and Emotional damages in the amount of # 8,000,000 against each defendant, jointly and severally on the above claim.

96. A jury trial on all issues triable by jury.

97. Plaintiff's Costs in this Suit;

98. Any additional relief this Court deems just, proper, and equitable.

99. *CLAIM FOUR*: THAT THE SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS JULIE L. JONES, THE SECRETARY'S REPRESENTATIVES J. DOWD, EBONY O. HARVEY, SANTA ROSA CORRECTIONAL INSTITUTION ANNEX WARDENS COKER, L. COURTNEY, MEDICAL STAFF NURSE SHELIA SZALAI, LIE, BROWN, M.D., MEDICAL CONTRACTOR CORIZON HEALTH SERVICES, INC, HAVE ACTED WITH RECKLESS DISREGARD, BAD-FAITH AND MALICE BY THEM DENYING TO PROPERLY AND TIMELY RENEW HIS PRESCRIBED PAIN MEDICATION THUS VIOLATING HIS RIGHTS TO RECEIVE PROPER MEDICAL CARE, TO BE FREE FROM PAIN AND CRUEL AND UNUSUAL PUNISHMENT UNDER THE AMERICANS WITH DISABILITIES ACT (ADA), NOT TO BE DISCRIMINATED AGAINST, DUE PROCESS, EQUAL PROTECTION OF LAW AS GUARANTEED UNDER THE 5, 8, 14 AMENDMENTS OF THE UNITED STATES CONSTITUTION.

100. On or about 10-1-2015 When I had my Yearly Physical all of My Medications Prescribed For My chronic Medical Conditions had to be renewed.

101. For My Medical Clinic call Physical I was Only Seen by Nurse Shelia Szalai, I was Never seen or evaluated by a Certified Specialist or Doctor

102. For PAIN I have been Prescribed: (1) Extra Strength Excedrin for My severe Headaches (Two Tablets (2) x Three (3) times a day) (2) Naprosyn 500mg tablets (one (1) Tablet x twice a day) For Severe Back, Neck Pain and Arthritis in my Joints.

103. These Two Medications Combined also help the Severe Side effect of Pain From My Single Dose Medication, Complera, (See [Exhibit# L]

104. Nurse Szalai Discontinued The Extra Strength Excedrin and changed The Naprosyn to 250 mg's which doesn't take care of any of my "Pain"

105. Because of this, the side effect of PAIN BECAME SEVERELY UNMANAGEABLE, UNBEARABLE, UNENDURABLE, I Could Not Stand it Anymore, and "HAD to" STOP TAKING THE COMPLERA FOR SEVERAL MONTHS BECAUSE OF ITS SIDE EFFECTS." See [Exhibit #6 Appendix #5]

106. I was INJURED as a result, My Viral Load went from Undetectable to 453, my CD4 went from 1198 to 924

107. I timely filed Medical Grievance and Warden C. Courtney, LE Brown M.D. and Nurse Szalai DENIED Grievance [Exhibit #6, App. #5, Exhibit #A & B]

108. On 1-11-2016 I timely filed Appeal to Julie L. Jones [Exhibit #6 App. #5] On 4-15-2016 Secretary's representative J. Dowd and Ebony O. Harvey DENIED The Appeal [Exhibit #6 Appendix #5 LoG #16-6-02077]

9.

\* 109. In Claim Four I clearly established the above Named Defendants Violated my Fifth, Eighth and Fourteenth (5, 8, 14) Amendment Rights.

110. Plaintiff respectfully request that this Court order Judgment Granting Plaintiff:

111. A declaration that the acts or omissions described herein Violated my Rights Under the Constitution and laws of the United States.

112. A preliminary and permanent injunction ordering defendant and Centurion Inc; to stop allowing their Nurses to override Doctors Prescribed Treatments and to allow Plaintiff to See a Doctor and Not a Nurser regarding my medical Treatments, Medications and Sick Calls.

113. Compensatory damages in the amount of $ 8,000,000.00 against each defendant jointly and severally on the above claim,

114. Punitive damages in the amount of $8,000,000.00 against each defendant jointly and severally on the above claim,

115. Mental and Emotional damages in the amount of $8,000,000.00 against each defendant jointly and severally on the above claim,

116. A jury trial on all issues triable by jury.

117. Plaintiffs Cost in this Suit.

118. Any additional relief this Court deems just, proper and equitable,

119. CLAIM FIVE: THAT THE SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS JULIE L. JONES, THE SECRETARIES REPRESENTATIVES T. BOWDEN, TOM REIMERS, DIRECTOR HEALTH SERVICES ADMINISTRATION, SANTA ROSA CORRECTIONAL INSTITUTIONS ANNEX WARDENS L. COURTNEY, JIMMY COKER, MEDICAL STAFF NURSES MARSHA NICHOLS, S.R. SIMPSON, DENIS A. VILCHEZ M.D., W.D. RUMMEL M.D. CHO, L.E. BROWN M.P. MEDICAL CONTRACTORS CORIZON HEALTH SERVICES, INC, CENTURION HEALTH SERVICES, INC, ARE IN CONSPIRACY TO MAKE A LARGER PROFIT AND COMMIT EXTORTION BY MAKING PLAINTIFF SUBMIT MULTIPLE SICK CALL REQUEST BY REFUSING TO ALLOW HIM TO SEE A DOCTOR/SPECIALIST FOR A SERIOUS MEDICAL NEED OF RENEWING ALREADY PRESCRIBED PAIN MEDICATIONS, ENSURE SUPPLEMENTAL DRINKS, MEDICAL PASSES AND HIV MEDICATIONS AND ABOVE OFFICIALS KNEW ABOUT THE SERIOUS MEDICAL NEEDS AND FAILED TO RESPOND REASONABLY TO IT BY DENYING TO RENEW AND/OR CANCELLING HIS PRESCRIBED DIET, ENSURE SUPPLEMENTAL DRINKS, PAIN MEDICATION, MEDICAL PASSES, HIV MEDICATION, AND MEDICAL TREATMENTS THUS VIOLATING HIS RIGHTS TO FREEDOM OF SPEECH, THE SICK CALL PROCEDURES, TO RECEIVE PROPER MEDICAL CARE, TO BE FREE FROM PAIN AND CRUEL AND UNUSUAL PUNISHMENT, THE AMERICANS WITH DISABILITIES ACT (ADA), NOT TO BE DISCRIMINATED AGAINST, DUE PROCESS, EQUAL PROTECTION OF THE LAW AS GUARANTEED UNDER THE 1ST, 5TH, 8TH, 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

120. On 10-17-2014 I was transferred to Santa Rosa C.I. Annex. I had a Undetectable Viral load my CD4 was 1298, And my Antiretroviral Medications Where just changed to COMPLERA," which has Several Severe Side effects. See Exhibit- 1.

121. I was prescribed by a specialist Doctor: A 4000 Calorie Regulated Diet and Ensure Supplemental Drinks, Two (2) Cans x three (3) times a day as part of my medical treatment and to prevent Lipoatrophy, and So I would not lose anymore Weight.

122. I was prescribed by the Specialist Doctor: EXTRA STRENGTH EXCEDRIN, Two (2) Tablets x three (3) times a day for Some of COMPLERA'S SEVERE SIDE EFFECTS OF PAIN of Migraine Headache/Unusual Muscle Pain, Bone Pain, Pain in the Upper Back and Neck from the Buffalo Hump.

123. I also have documented Chronic Back Pain Adlan's (which my x-rays will confirm with Five (5) Disc in my Neck and Lower Back) causing extreme damage, and have been Prescribed for Back Pain NAPROXEN 500mg Tablet. One (1) Tablet x Three (3) times a day.

124. Plaintiff cannot take the COMPLERA MEDICATION "without the Prescribed Extra Strength Excedrin and Naproxen Medications that alter the SIDE EFFECT OF PAIN."

125. On 2-10-2016 I was Seen by DR. BROWN Who re-prescribed my 4000 Calorie Diet and Ensure Supplemental Drinks for 30 Days.

126. On 4-18-2016 my Extra Strength Excedrin expired. Prior to that I Promptly Submitted Sick call Request on 4-2-2016 4-16-2016 See Exhibit- 9. Appendix- 1.

127. I also Submitted Five (5) sick calls on 4-28-16, 5-4-16, 5-10-16, 5-19-16, 6-2-16 After my Extra Strength Excedrin expired. See Exhibit- 9. Appendix- 1 Exhibit-23.

128. On 4-18-2016 I was Seen for Sick Call by Nurse Kelly for renewal of my Extra Strength Excedrin.

129. On 4-22-2016 I was Seen by Nurse M. Nichols Who established by her own Statement: SHE WAS NOT FAMILIAR NOR EXPERIENCED WITH MY COMPLERA MEDICATION OR IT's SEVERE SIDE EFFECTS OF PAIN ABOVE. And Did Not Renew the Extra Strength Excedrin. See Exhibit-9 Appx-2 Exhibit-8,8 2N-9. Exhibit- 1.

130. On or about 4-22-2016 Nurse M. Nichols DIS CONTINUED my ENSURE SUPPLEMENTAL DRINKS BEFORE THE WRITTEN PRESCRIPTION BY DR BROWN EXPIRED.

131. On 4-29-16 I was Seen by Nurse S.R. Simpson for Sick call for renewal of Prescription Extra Strength Excedrin Pain Medication that expired on 4-18-16. And COMPLAINING OF THE SIDE EFFECTS OF SEVERE PAIN FROM THE COMPLERA MEDICATION" I was not Seen by a Doctor nor anyone else for the Sick Call,

132. On 5-11-16 was seen by Simpson for Sick Call who advised me that M. Nichols stated to her "It was up to me if I wanted to take medication Complera or not to take it. I was getting Naproxen and she was not going to renew medication Extra Strength Excedrin".

133. I promptly advised Simpson of the above severe side effect of Complera medication and requested to see a Doctor and/or Specialist.

134. Simpson advised me "I could not choose nor request to see anyone regarding my medical treatment HIV", and I was not seen by a Doctor.

135. On 5-26-16 was seen by Simpson for Sick Call who stated "Why do you continue to come to Sick Call for same thing I already told you we are not going to give you. I guess you want to be part of the PNW". She refused to see documentation regarding Complera Side effects of pain, then called Security and had me removed.

136. On 6-3-16 was seen by Simpson for Sick Call who advised me "She was only going to address two things on my Sick Call, and I will have to come back through Sick Call for the other Issues", which two do you want to address.

137. I promptly advised Simpson of the severe pain, my bones, muscles, joints had severe unbearable unfavorable pain requested something to take edge off the pain.

138. Simpson advised she was not going to give me anything for the unmanageable symptoms of pain.

139. I again requested to see a Doctor or Specialist regarding my chronic illness medical treatment and prescription above for pain.

140. Simpson stated. I am perfectly qualified. You don't get to pick nor choose nor request to see anyone, you don't need to see a Doctor.

141. I was not seen by Dr. Vilcehez, nor anyone else besides Simpson for the numerous Sick Calls submitted above.

142. On or about 6-24-2016, Nurse M. Nichols discontinued my prescribed HIV treatment and discontinued the Complera medication without ever seeing nor consulting me, getting my permission, nor any lab work nor consulting with a Specialist and/or a Doctor.

143. Plaintiff had not been able to take Complera medication since 5-4-2016 because of it's severe side effect of pain.

144. Single Dose Nurse L.A. Lewis flagged Plaintiff's medical file seven (7) times to see Dr. Vilchez, informing him I was unable to take Complera medication because of it's severe side effects of pain and unmanageable symptoms.

145. On 6-27-2016 I was seen by Dr. Vilchez who still did not renew my Extra Strength Excedrin nor the Complera medication.

146. Plaintiff had also continually complained to the Pharmacist Mrs. Gibson I was unable to take Complera medication due to Nurse M. Nichols not renewing my Extra Strength Excedrin pain medication, and Nichols discontinued my HIV Treatment Complera Medication, and Dr. Vilchez did not renew either one. I was literly in tears begging Mrs. Gibson for help and assistance because I was in so much pain. I could not stand it anymore.

147. Mrs. Gibson put me in to see a different Nurse Mrs. S. Melvin who promptly put me to medical that day, I was hurting so bad I was literly in tears and advised Nurse Melvin of the above problem with Nurse S.E. Simpson, M. Nichols and Dr. Vilchez. Nurse Melvin promptly renewed my Extra Strength Excedrin and Complera medication.

148. Plaintiff established Nurse M. Nichols was deliberate indifferent to Plaintiff's serious medical conditions by: A: Cancelling already prescribed Treatment for Human Immuno deficiency Virus Complera Medication; B: Cancelling and/or discontinuing my Extra Strength Excedrin that alter the side effects of pain, C: Cancelling my already prescribed Ensure Suplemental Drinks prescribed by Dr. Brown, D: Cancelling my 4000 Calorie Diet.

149. Plaintiff was informed viral load went from being undetectable and increased to 132539. CD4 went down to 712 on 1-25-2017.

150. On 6-2-2016 and 7-18-2016 I timely filed Grievance to Warden, see Exhibit #9 App. #2, Exhibit #A, Exhibit #10 Ex.#D, Exhibit #23 App. #4, Ex.#A.

151. On 6-9-2016 and 7-27-2016 Warden C. Courtney and W.D. Rummell nno, cto Denied the Grievance or Exhibit #9, Ex.#B, Exhibit #10 Ex.#E, Exhibit #23 Ex.#B Log: 1607-119-379 Log: 1607-119-380 Log: 1606-119-031.

152. On 8-1-2016 I timely filed Appeal to Julie June F. Secretary Exhibit #9, Exhibit #10 Exhibit #23.

153. Secretary Representative Tim Reimer and T. Bowdon Denied Appeal r. Exhibit #9 Log: 16-6-34292, Exhibit #10 Log: 16-6-34283, Exhibit #23 Log: 16-6-26650.

154. Plaintiff respectfully request this Court enter judgement granting Plaintiff:

155. A declaration that the acts or omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

156. A preliminary and permanent injunction ordering defendants and Centurion Health Services Inc to stop allowing their Nurses to override Doctor and Specialist prescribed medical treatments regarding Plaintiff's chronic medical conditions and to allow Plaintiff to see a Doctor only and not Nurses regarding my medical treatments and medications already in my medical file.

157. Compensatory damages in the amount of $20,000,000.00 against each defendant jointly and severally on the above claim.

158. Punitive damages in the amount of $20,000,000.00 against each defendant jointly and severally on the above claim.

159. Mental and Emotional injury damages in the amount of $20,000,000.00 against each defendant jointly and severally on the above claim.

160. A jury trial on all issues triable by jury.

161. Plaintiffs Costs in this Suit.

162. Any additional relief this Court deems just, proper and equitable.

163. CLAIM SIX: THAT THE SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS JULIE L. JONES, THE SECRETARYS REPRESENTATIVES T. BOWDEN, TOM REIMERS, DIRECTOR OF HEALTH SERVICES ADMINISTRATION SANTA ROSA CORRECTIONAL INSTITUTION ANNEX WARDENS JIMMY COKER, C. COURTNEY, MEDICAL STAFF MARSHA NICHOLS, S.R. SIMPSON, DENIS A. VILCHEZ, M.I.D, N.D, RUMMEL M.D. C.H.O, MEDICAL CONTRACTORS CORIZAN HEALTH SERVICES, INC, CENTURION HEALTH SERVICES, INC, ARE IN CONSPIRACY TO MAKE A LARGER PROFIT AND commit EXTORTION BY MAKING PLAINTIFF SUBMIT MULTIPLES Sick CALL REQUEST BY REFUSING TO ALLOW HIM TO SEE A DOCTOR/ SPECIALIST FOR A SERIOUS MEDICAL NEED OF RENEWING ALREADY PRESCRIBED PAIN MEDICATIONS, ENSURE SUPPLEMENTAL DRINKS, MEDICAL PASSES AND HIV MEDICATIONS AND THE ABOVE OFFICIALS KNEW ABOUT THE SERIOUS MEDICAL NEEDS AND FAILED TO RESPOND REASONABLY TO IT BY DENYING TO REVIEW AND/OR CANCELLING HIS PRESCRIBED DIET, ENSURE SUPPLEMENTAL DRINKS, PAIN MEDICATIONS, MEDICAL PASSES, HIV MEDICATIONS AND MEDICAL TREATMENTS THUS VIOLATING HIS RIGHTS TO FREEDOM OF SPEECH, THE SICK CALL PROCEDURES, TO RECEIVE PROPER MEDICAL CARE, TO BE FREE FROM PAIN AND CRUEL AND UNUSUAL PUNISHMENT, THE AMERICANS WITH DISABILITIES ACT (ADA), NOT TO BE DISCRIMINATED AGAINST, DUE PROCESS, EQUAL PROTECTION OF THE LAW AS GUARANTEED UNDER THE 1, 5, 8, 14 AMENDMENTS OF THE UNITED STATES CONSTITUTION.

164. Plaintiff established he has a chronic Medical Illness as he has been Prescribed by a Specialist Doctor Antiretroviral Medication "COMPLERA" Which has several severe Side effects, See [Complaint $\P$'s Sa, Ni 1-7 Supra, Exhibit-1, find he was Prescribed Several Medications that alter the Severe Side effects of the Complera Medication, HIV Virus, as well as my other chronic illnesses and Medical Problems, See [Complaint $\P$'s Sa, N.1B, Supra]

165. On or about 6-24-2016 Nurse M. Nichols DIS CONTINUED my PRESCRIBED TREATMENT FOR HUMAN IMMUNO DEFICIENCY (HIV) AND TOOK ME OFF OF COMPLERA MEDICATION, overriding a Specialist Doctors Prescribed Treatment for HIV WITHOUT EVER SEEING ME, CONSULTING ME, NOR CONSULTING WITH A SPECIALIST DOCTOR

166. All of Plaintiffs Prescribed Medications named above are required to be Prescribed/written For a "Year", Any Prescription in my Medical File for ongoing Medical Conditions that are going to expire are Suppose to be REWRITTEN at my MEDICAL CLINIC. See [Exhibit-15, App. 4, Exhibit B,B-2, N-7]

167. On 6-27-2016 I was Seen by DR. Vilchez for my medical clinic and discussed with him All the Prescription Listed on my Sick call Request from 4-2-2016 to 6-2-2016.

168. DR. Vilchez Never: "A" Treated the Black Film/Congestion/Mucus that I have been Coughing up for "Two Years" So it Can be Properly treated, "B" Did not reorder my Prescribed Complera Medications and/or my HIV treatments: "C" Did not Renew Any of the above Prescribed Medications I went through Sick call for See [Exhibit-15, App-4, Exhibit-A,B, 2.N.10, Exhibit-12, App-3, Exhibit-D,B 2.N,10, Exhibit-13, App-5, Exhibit-B,B, 2.N.17, Exhibit-14, App-8 Exhibit- B,B 2.N.10]

169. On 7-8-2016, 7-10-2016 I Submitted Sick call Request, on 7-11-2016 I was Seen by Nurse S.R. Simpson, she advised me she was only going to address "Two THINGS on my Sick call REQUEST", Handed me Another Sick call request and told me to Refill it out picking only Two things, I Complied and She refused to See Me for the Sick call. See [Exhibit-14, App-8, Ex-B,B, 3, N12-17, Exhibit-15, App-4]

170. On 7-14-2016, 7-27-2016, 8-9-2016, I submitted Sick call request and was Only Seen by Nurse Simpson, I was never allowed and/or Scheduled to See DR. Vilchez and henever renewed any of the Prescription on my Sick calls, nor the Complera Medication and HIV Treatments, nor the Medications that alter the Severe Side effects of the Complera Medication, and did not submit the paper work to Centurion Health Services, Inc, for Plaintiff to be Seen by a specialist for my HIV and the severe Side effects of the Complera Medication and for possibly having my medical Treatment changed back to "Genvoya Medication I was First Prescribed and/or Prescribe another different Antiretroviral Medication because of the Severe Side effects of PAIN, my Bones, Muscles and Joints had Severe Unbearable PAIN from the Side effects of the Complera Medication, See [Exhibit-15, Appendix #1]

171. On 8-18-2016 I Submitted another Sick Call, on 8-19-16 I was Seen by A DIFFERENT NURSE" (Jane Doe, did not get her name) I advised her I was housed in a dorm at Everglades C.I., for TWO YEARS exposed to BLACK MOLD and was in fear it was in my lungs, I needed the Congestion Tested So it could be properly Treated and Coughed up a Sample in front of her. She promptly gave me a Container with lid to put another Sample in and bring it back to her Monday 8-22-16. I also advised her of the numerous Medications that were now expired and Showed her (15) Fifteen Sick Call request from 4-2-2016 to 8-18-2016. She Stated she could only address What was on this Sick call and asked "WHY all the above were not on this Sick Call.

172. I advised her Nurse Simpson Implemented Rules for Sick Call Procedures that I can only provide TWO THINGS ON THE SICK CALL.

173. New Nurse advised Me she was Sent here to help because of Problems at Santa Rosa C.I. Medical Department from Centurion Health Services. That "SHE NEVER SEEN OR HEARD OF SUCH A MEDICAL SICK CALL RULE/PROCEDURE, For me to fill out another Sick Call Listing ALL MEDICATIONS THAT HAVE EXPIRED TO BE REVIEWED AND SUBMIT IT SO SHE COULD PROPERLY ADDRESS IT, And she would see me on Next Sick Call on Monday 8-22-16. And on 8-21-16 I Complied and Submitted another Sick Call with everything on it.

174. On 8-22-16 Nurse Simpson was doing Sick Call Instead of the New Nurse (Jane Doe) Nurse Simpson met Plaintiff at the door and Stated: "You Can Go AHEAD AND LEAVE AND SUBMIT ANOTHER Sick Call WITH ONLY TWO THINGS ON IT, I'm not Going To SEE You FOR HAVING 6 ON THIS Sick Call You have WAY Too MANY THINGS ON IT, And Refused to See me, took the Container with the Sample of Congestion that was Black, but never Submitted it to be Properly Tested and Threw it in the trash!

175.) Plaintiff was UNABLE TO TAKE HIS COMPLETE MEDICATION FOR 70 DAYS From 5-4-2016 to 7-12-16 BECAUSE OF THE SEVERE SIDE EFFECTS of "PAIN From Complete MEDICATION" because Dr. Wilcher and Nurse M. Nichols not Renewing the Extra Strength Excedrin and Naproxen Medications for Pain.

176. On 9-6-2016 they took Blood for my Medical Clinic, Plaintiff was INJURED as a result of not being able to take Complete Medication for 70 Days, over Two (2) Months, my Viral load Went from UNDETECTABLE Bower 500 AND CD4 WENT DOWN TO 914, On date 1-25-2017 my Viral load increased to 132539 and CD4 went down to 712. See Exhibit-15, Apx-4 Exhibit-13, Apx-5 Exhibit-14, Apx-8

177. On 9-21-2016 Submitted another Sick Call, DR. Wilcher again did not renew the Pain Medication, Medications that offset the Severe Side effects or above Ensure Supplemental Drinks or Medical Passes.

178. Plaintiff timely Filed Medical Grievances to the Warden, See Exhibit 23, Exhibit-15, Exhibit-14 Exhibit-13, Exhibit-12 Exhibit-11, Exhibit 10+9

179. Warden E. Guitney and W.D. Rummel M.D. C.H.o, DENIED The Several Grievances. See Exhibit-23, 15, 14, 13, 12, 11, 10, 9

180. I Filed Appeals to Julie Jones the Secretary of FDOC, The Secretary or Representatives Tom Reimers and T. Bowden Denial the Several Grievances Ind.

181. In their RESPONSES above they failed to address or rebut the Facts, Error or raised in the Grievances and therefore CONCEEDED "TO THOSE AREAS RAISED IN THE GRIEVANCES AND APPEALS, AND ADMITTED THEM AS CORRECTLY STATED, See Pettit v. Crosby, 862 So.2d 865, 866 n." (Fla. App. 1st Dist, 2003)

182. Plaintiff respectfully request that this Court enter judgment Granting Plaintiff:

183. A declaration that the acts or omissions described herein violated Plaintiff rights under the Constitution and laws of the United States.

184. A preliminary and permanent injunction ordering defendants Centurion Health Services and their Medical department staff to stop violating Plaintiffs above Federal Constitutional Rights by allowing Nurses, ARNP's, Doctors to interfere with a certified Specialist Doctors Prescribed Course of Medical Treatments for my Htw by Discontinuing and/or Cancelling and/or changing and/or altering already Prescribed Medical Treatments in Plaintiff Medical File that are working And allow Me to be seen by a Certified Specialist Doctor Certified in Human Immuno deficiency Virus Medical Treatments, and to be Promptly Seen by a Certified Specialist When Plaintiff is having Problems and/or Severe reactions and/or Severe Side effects from my Htw medications and/or Htw illness. To be Prescribed Proper Pain Medications So Plaintiff is not in Severe Pain from the Severe Side effects or of my Htw medications and/or Htw illness and/or other chronic illness. To be Properly Prescribed Ensure Supplemental Drinks Two (2) Cans x three (3) times a day to prevent Weight loss and Lipotrophy and my 4000 Calorie Diet That All Plaintiff Prescribed Medications may Medical file be Properly Prescribed for one (1) Year and Properly renewed at my Medical clinics every 90 to 120 days So Plaintiff does not have to Submit Sick Call request to renew Medications for Pre-existing Medical Conditions in my Medical File. To Allow Plaintiff to See Doctors and Not Nurses and/or ARNP's regarding my Medical Treatments, clinics and Prescribed Medications, to remove the improper Medical liens for improper Medical Co-payments charged for Pre-existing Medical Conditions in my Medical File from Plaintiffs inmate bank account that Santa Rosa C.I. Annex Staff (or other Correctional Institutions)

Medical department staff) improperly charged me and put in proper liens against my inmate Bank account.

* 185. Compensatory damages in the amount of $20,000,000.00 against each defendant jointly and severally on the above claim.

* 186. Punitive damages in the amount of $20,000,000.00 against each defendant, jointly and severally on the above claim.

* 187. Mental and Emotional injury damages in the amount of $20,000,000.00 against each defendant, jointly and severally on the above claim.

188. A jury trial on all issues triable by jury.

189. Plaintiffs Costs in this Suit.

190. Any additional relief this Court deems just, proper and equitable.

* 191. CLAIM SEVEN: THAT THE SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS JULIE L JONES, THE SECRETARYS REPRESENTATIVES TOM REIMERS, DIRECTOR OF HEALTH SERVICES ADMINISTRATION T. BOWDEN, SANTA ROSA CORRECTIONAL INSTITUTION ANNEX WARDENS Jimmy COKER, C. COURTNEY, MEDICAL STAFF SR. SIMPSON, W.D. RUMMEL M.D. CHO, DENIS A. VILCHEZ M.D. L.E. BROWN, M.D. MARSHA NICHOLS, MEDICAL CONTRACTOR CORIZON HEALTH SERVICE, INC, CENTURION HEALTH SERVICES, INC, IMPROPERLY IMPLEMENTED RULES FOR MEDICAL SICK CALL PROCEDURE THAT INMATES CAN ONLY PROVIDE TWO THINGS ON THE SICK CALL REQUEST THAT IS UNLAWFUL, UNDER FLORIDA STATUTES §944.09, §944.14, THE ADMINISTRATIVE PROCEDURE ACT FLORIDA STATUTE §120.536, §120.54 RULE MAKING AUTHORITY WHICH CONSTITUTED AN UNLAWFUL AND INVALID EXERCISE OF DELEGATED LEGISLATIVE AUTHORITY WHICH IS ARBITRARY AND CAPRICIOUS AND SUBSTANTIALLY AFFECTED PLAINTIFFS AND OTHER INMATES SIMILARLY SITUATED FEDERAL CONSTITUTIONAL RIGHTS BY DENYING PLAINTIFF NEEDED MEDICAL CARE AND ACTED WITH RECKLESS DISREGARD, BAD FAITH AND MALICE FOR A SERIOUS MEDICAL NEED OF RENEWING ALREADY PRESCRIBED MEDICATIONS, MEDICAL PASSES AND THE ABOVE OFFICIALS KNEW ABOUT THE SERIOUS MEDICAL NEEDS AND FAILED TO RESPOND REASONABLY TO IT BY DENYING TO TIMELY RENEW HIS PRESCRIBED MEDICATIONS, MEDICAL PASSES THROUGH SICK CALL PROCEDURES THUS VIOLATING HIS RIGHT TO FREEDOM OF SPEECH, TO RECEIVE PROPER MEDICAL CARE, TO BE FREE FROM PAIN AND CRUEL AND UNUSUAL PUNISHMENT, UNDER THE 8TH ACT, THE AMERICANS WITH DISABILITIES ACT (ADA), NOT TO BE DISCRIMINATED AGAINST, NOT TO BE DEPRIVED OF PROPERTY, DUE PROCESS, EQUAL PROTECTION OF THE LAW AS GUARANTEED UNDER THE 1, 4, 5, 8, 14 AMENDMENTS OF THE UNITED STATES CONSTITUTION.

* 192. Plaintiff is established to has a chronic Medical Illness and has been Prescribed by a Specialist from the Florida Health Department a New Antiretroviral Medication "Complera", which has Severe Severe Side effects, And was Prescribed Several Medications that lessen the Severe Side effects of the Complera Medications, the Hiv Virus, and his other chronic illnesses and Medical Problems, See [Complaint, P.5, S.a, N.1-10, Supra, Exhibit-1] Exhibit-14, App.x 8, Exhibit-B, P.1-2, N.1-5] Exhibit-15, App.x-4, Exhibit-B, P.1-2, N.1-6]

* 193. Plaintiff was instructed and advised by the Specialist Doctor from the Florida Health Department (And Proof) that if I had any Problems or Unbearable Side effects from the New Complera Medication (or Hiv Virus) to immediately Go to Sick Call, their office would Immediately be Contacted to See and evaluate Plaintiff. And their Would Not be a Medical Co-payment as this is A Pre-existing Medical Condition Pursuant to Procedure 401.010

* 194. All Plaintiff's medications named above are Required to be Prescribed for them For A YEAR, except the Yearly Colonie Diet this blood draws every 90 to 120 days to Check his Hiv Condition, any Prescription in his Medical File, that are ongoing Medical Conditions ready to expire are Suppose to be REWRITTEN AT MY MEDICAL CLINIC EVERY 90 to 120 Days. See [Exhibit-15, App.x-4, Exhibit-B, P.1-2, N.7]

* 195. Plaintiff has been receiving Medical Treatment for Hiv Since year 1998, in Nineteen (19) Years he's never been charged a Five dollar ($5.00) Medical Co-payment to renew any of the above listed medications/Passes that Continually have been in his Medical File as PRE-EXISTING MEDICAL CONDITIONS in compliance with Procedure 401.010.

* 196. Procedure 401.010 (1)(d)4: Waiver of Co-payments, Section (1)(d)4, Holds: Waiver of Copayment will be granted, if the health care visit: 4: Consist of routine follow up care. Routine follow up care is defined as documented Pre-Existing Medical Conditions. See Procedure 401.010 (1)(d)4] Exhibit-20]

* 197. From 10-17-2014 until 12-22-2016 Plaintiff was seen by Nurse S.R. Simpson for Multiple Sick Call requests submitted to renew the above named Medications and Passes in Plaintiff's Medical File for Several Years for PRE-EXISTING MEDICAL CONDITIONS.

* 198. Plaintiff was Illegally and Unlawfully charged a $5.00 Five dollar Medical Co-payment for each Sick Call submitted by Nurse Simpson and other Medical STAFF for PRE-EXISTING MEDICAL CONDITIONS in my Medical File.

199. Plaintiff Submitted Sick Call request for PRE-EXISTING MEDICAL CONDITIONS on 4-2-2016, 4-16-16, 4-28-16, 5-1-2016, 5-10-16, 5-14-16, 6-2-16, 7-8-16, 7-10-2016, Requesting to renew Medications and Passes, See Exhibit-14, Appx-4, Exhibit-B, Pg-2, N.S.8, Exhibit-15, Appx-4, Exhibit-B, Pg-2, N#6-8, Exhibit-23, Appx-4, Exhibit-A, Pg-2, N#4-147

200. On 7-11-2016 I was Seen by Nurse S.R.Simpson who was doing Sick Call again, She approached Me and advised Me: SHE WAS ONLY GOING TO ADDRESS TWO THINGS ON MY Sick Call REQUEST FORM, Handed Me ANOTHER SICK CALL REQUEST FORM AND TOLD ME TO REFILL IT OUT ONLY PICKING TWO THINGS.

201. I then advised Nurse Simpson That there is NO PROCEDURE NOR CHAPTER 33 F.A.C. RULE STATING I COULD ONLY ADDRESS TWO THINGS/ISSUES, PRESCRIPTIONS OR MEDICAL NEEDS AND/OR PROBLEMS ON MY OR DURING SICK CALL Procedures, Again Nurse Simpson told Me to REFILL OUT THE SICK CALL FORM.

202. I Complied and Filed out Another Sick Call requesting My Medical Passes, The C.PAP Medication and Complera Medication Nurse Nichols Discontinued on 6-24-16

203. When Simpson Called Me for the Sick Call She Promptly asked for the REWRITTEN SICK CALL, looked at it, then Stated: I TOLD YOU I WILL ONLY ADDRESS TWO THINGS, YOU HAVE MORE THAN THAT. So Go AHEAD AND LEAVE AND SUBMIT ANOTHER SICK CALL FORM. THIS MEETING IS OVER

204. I Promptly advised Simpson that I have already Submitted Nine (9) Sick Calls From 4-2-16 to 7-10-16, AND STILL HAVE NOT HAD ANY OF MY PRESCRIBED MEDICATIONS RENEWED, AND THEY HAVE NOW ALL EXPIRED.

205. Simpson then advised Me: "I DON'T CARE I'm NOT GOING TO ADDRESS ANYTHING AT THIS SICK CALL - NOW GET OUT BEFORE I HAVE YOU PLACED INTO CONFINEMENT"

206. On 7-14-2016, 7-27-16, 8-4-16, 8-10-16, 8-10-16 I was Forced to Submit Sick Call Request WITH ONLY TWO THINGS ON THEM, Because Nurse Simpson UNLAWFULLY IMPLEMENTED A NON-EXISTING SICK CALL RULE AND/OR PROCEDURE, AN UNLAWFUL AND INVALID EXERCISE OF DELEGATED LEGISLATIVE AUTHORITY, Violating Florida Statutes §944.09, §944.14, and the Administrative Procedure Act-Florida Statutes §120.536, §120.54 Rule Making Authority, And Substantially affected My and other inmates Similarly Situated Federal Constitutional rights by denying Me to proper Sick Call Procedures and Needed Medical Care, And the Mistreatment is not rationally related to a legitimate Government purpose and UnlawFully charged Me a Five dollar ($5.00) Medical co-payment for PRE-EXISTING MEDICAL CONDITIONS" From 6-17-2016 Until 12-22-2016 in Violation of Procedure 401.010 (1)(d)4, See Exhibit-14, Appx-4, Ex-B Pg-23, Exhibit-15, Exhibit-11, Exhibit-12, Exhibit-16 Exhibit-17 Exhibit-18, N-19

207. Florida Statute §944.09 (1) Holds in part: The department only has authority to adopt rules pursuant to Florida Statutes §120.536 (1) and §120.54 to implement it's statutory authority, See §944.09 Fla. Stat. (2016)

208. Plaintiff timely Filed Grievances to the Warden, See Exhibits-14, 15, 23, 11, 12, 13, 16, 17, 18, 19,

209. Warden C. Courtney and W.D. Rummel AND/OR CHO DENIED the Several Grievances. See Exhibits-14, 15, 23, 16, 17, 13, 16, 17, 18, 19,

210. I Filed Appeals to Julie Jones the Secretary, The Secretary Representatives Tom Reimers and T. Bowden DENIED the Appeals, See Exhibit-14, 15, 23, 11, 12, 13, 16, 17, 18, 19

211. In their RESPONSES they Failed to address or rebut the Facts, Errors, Procedure 401.010 Violations and therefore CONCEDED TO THOSE AREAS RAISED IN THE APPEALS. See Pettit v. Crosby, 862 So.2d 865, 866 n.1 (Fla. April 1st Dist. 2003)

212. Plaintiff respectfully request that this Court enter judgment Granting Plaintiff:

213. A declaration that the acts or omissions described herein violated my right under the Constitution and laws of the United States,

214. A preliminary and permanent injunction ordering Florida Department of Corrections to remove the lien placed on my Inmate Bank account (A)(120.00 $ Dollars) For improperly charged Five Dollar ($5.00) Medical Co-payments For Pre-existing Medical Conditions Submitted through Sick Calls, ordering defendants and Medical department Staff to Stop Implementing rules for Medical Sick Call Procedures that Violate Fla. Stat. §120.536, §120.54, §944.09, §944.14, That Plaintiff Can only provide TWO THINGS on the Sick Call or have to Submit More than one Sick Call to get all Prescriptions, Medical Passes renewed or to See a Doctor or not allowing Me to See a Doctor, not to charge Me for Pre-existing Medical Conditions in my File in Compliance with Procedure 401.010, and address all items on the Sick Call, not to Make changes to Medications once prescribed, not to change or override Medical Treatments once Prescribed by Specialist or Doctors, to See Doctors and not nurses or ARNP For Prescription/Medication renewals and Medical Treatments,

215. Compensatory damages in the amount of 10,000,000.00 against each defendant jointly and severally on the above claim,

216. Punitive damages in the amount of 10,000,000.00 against each defendant jointly and severally on the above claim,

217. Mental and Emotional injury damages in the amount of 10,000,000.00 against each defendant jointly and severally on the above claim,

218. A jury trial on all issues triable by jury

219. Plaintiffs Costs in this Suit.

220. Any additional relief this Court deems just, proper and equitable.

221. CLAIM EIGHT: THAT THE SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS JULIE JONES, SECRETARYS REPRESENTAVI E S A. PAYNTER, SANTA ROSA CORRECTIONAL INSTITUTION PANTEX WARDENS JIMMY COKER, C. PADGETT, C.O. WILBERT, CAPTAIN R. LENZO, LT. CHERYL RICHARDSON, R. CALDWELL, MEDICAL STAFF NORSET, SHANER, MEDICAL CONTRACTOR CORIZON HEALTH SERVICES INC., HAVE ACTED WITH RECKLESS DISREGARD, BAD FAITH AND MALICE AND ARE DELIBERATE INDIFFERENT TO THE SERIOUSNESS OF PLAINANTS MEDICAL CONDITION BY ALLOWING NURSE T. SHANER TO ISSUE A FALSE DISCIPLINARY REPORT FOR DISORDERLY CONDUCT WHEN PLAINTIFF REFUSED HIS SINGLE DOSE MEDICATION COMPLERA DUE TO IT'S SEVERE SIDE EFFECTS OF PAIN AND PLAINTIFF DIDN'T WANT TO SIGN A REFUSAL TO DISCONTINUE THE COMPLERA MEDICATION OR HIS MEDICAL TREATMENT FOR HIS CHRONIC ILLNESS THUS VIOLATING HIS RIGHTS TO RECEIVE PROPER MEDICAL CARE, TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT, TO BE FREE FROM RETALIATION, FREEDOM OF SPEECH, NOT TO BE DISCRIMINATED AGAINST, THE AMERICANS WITH DISABILITIES ACT (ADA), HIS PROTECTED LIBERTY INTEREST, DUE PROCESS, EQUAL PROTECTION OF THE LAW AS GUARANTEED UNDER THE 1, 4, 5, 8, 14 AMENDMENTS OF THE UNITED STATES CONSTITUTION.

222. Because Nurse Sheila Szaki discontinued My Pain Medication, the "SEVERE SIDE EFFECTS OF PAIN FROM THE COMPLERA MEDICATION ABOVE BECAME SO SEVERE AND UNIMAGEABLE. I had to STOP TAKING THE COMPLERA MEDICATION BECAUSE I WAS IN SO MUCH PAIN I COULD NOT TAKE IT ANYMORE. See [Exhibit #6]

223. After Several months of not being able to take my complera medication and putting in Several Sick call and never being Seen by a Doctor. On 1-6-2016 I went to the Single Dose medication window and Nurse T. Shaner was assigned to issue medications. I advised Nurse Shaner I could not take the complera medication because of the Severe side effects of Pain, I had an usual Mussle and Joint Pain, Bone Pain, Pain in my Upper Back and Neck and Lower Back [Exhibit #6]

224. Nurse Shaner wanted Me to Sign a refusal form to discontinue My complera Medication and Medical Treatment. I was trying to explain to her I did not Want to discontinue My Treatment, I just hurt So bad with Pain. I was not going to Sign a refusal and Walked off.

225. I am completely 100% DEAF IN MY RIGHT EAR AND ONLY HAVE ABOUT 60% HEARING IN LEFT EAR, AND SOMETIMES I TALK LOUD WITHOUT REALIZING IT !!

226. I went to C.O. Wilbert working Medical to obtain Some Sick call Forms and advised him about refusing to Sign the refusal form and requested to use the bathroom. When I was finished C.O. Wilbert told Me to Come in to the Back and asked Me to Wait in the holding cell because of refusing my Medication. After a few minute another officer came and took Me to Confinement. Captain R. Lenzo authorized a DR by Nurse Shaner for Disorderly conduct [Exhibit #7, Exhibit #8]

227. On 1-14-2016 I went to DR Court before Team chairman R.F. Caldwell and LT. Cheryl A. Richardson who found Me Guilty and Sentenced Me to 30 days Confinement [Exhibit #7, Exhibit #8] I established above ① My Speech Was Constitutionally protected ② I Suffered adverse action Such that the allegedly retaliatory Conduct would likely deter a person of ordinary firmness from engaging in such speech, and ③ there is a causal relationship between the retaliatory action and the protected Speech.

228. I timely Filed Grievances to the Wardens, Warden Jimmy Coker and C. Padgett DENIED the Grievance, see [Exhibit #7, Exhibit #8]

229. I Filed appeals to Julie Jones its Secretary representative A. Paynter DENIED Appeals [Exhibit #7, Exhibit #8]

230. Plaintiff respectfully request that this Court enter judgment granting plaintiff:

231. A declaration that the acts and omissions described herein violated Plaintiffs rights under the Constitution and laws of the United States.

232. A preliminary and permanent injunction ordering defendants to stop violating my above Constitutional rights by allowing or writing frivolous Disciplinary reports by medical staff and non FDOC employees, and to change their policies.

233. To remove and expunge this Disciplinary report from my electronical and permanent file so it does not reduce my chances for Parole.

234. Compensatory damages in the amount of $80,000.00 against each defendant jointly and severally on the above claim.

235. Punitive damages in the amount of $40,000.00 against each defendant jointly and severally on the above claim.

236. Mental and Emotional damages in the amount of $1,000,000.00 against each defendant jointly and severally on the above claim.

237. A jury trial on all issues triable by jury.

238. Plaintiff's Costs in this Suit.

239. Any additional relief this Court deems just, proper and equitable.

240. Plaintiff established in Claims One through Eight above, there is a Causal connection between actions of the Supervising officials and the alleged Federal Constitutional Violations and/or deprivations if the Defendants above had the ability to prevent and/or Stop the Constitutional Violations and failed to exercise their authority as a Supervisor to prevent and/or Stop the Constitutional Violations the above Supervisors knew about and failed to correct a wide Spread history of abuse because this has happened to Several other inmates with the Medical Department above Named Medical Staff and been going on for Several years and/or the above Supervisors Custom or policy resulted in the Constitutional Violations and/or the above Supervisors directed the Subordinate to act Unlawfully and/or the Supervisor knew the Subordinate would act Unlawfully and failed to Stop them from acting Unlawfully.

241. VII. RELIEF REQUESTED:

242. The Plaintiff has no plain, adequate or Complete remedy at law to redress the wrongs described herein, Plaintiff has been and will Continue to be irreparably injured with pain and Suffering by the Conduct of the defendants unless this Courts grants the declaratory and injunctive relief which Plaintiff Seeks above in each claim (1-8) above.

243. Plaintiff respectfully request that this Court grant the Compensatory, Punitive, and mental and Emotional damages requested in each claim (1-8) above.

244. Additionally Plaintiff request Compensatory damages in the amount of $50,000,000.00 against each defendant jointly and Severally.

245. Punitive damages in the amount of $50,000,000.00 against each defendant jointly and severally.

246. For mental or Emotional injury in the amount of $50,000,000.00 against each defendant jointly and Severally.

247. A jury trial on all issues triable by jury.

248. Plaintiff's cost in this Suit.

249. Any additional relief this Court deems just, proper and equitable.

250. An opportunity to Supplement this § 1983 Complaint and the relief requested to correct any deficiencies.

251. To Appoint Counsel to assist Plaintiff in this Suit.

252. Any other relief this Court finds just and proper to best Serve the ends of Justice.

WHEREFORE, Plaintiff respectfully prays that this Court enter judgment granting Plaintiff the above relief request.

UNNOTARIZED OATH

I HEREBY DECLARE, Under Penalty of Perjury That the Foregoing Statement of Facts, Including All Continuation Pages, Are True and Correct.

Date: 12-13-2018                    Respectfully Submitted, Wayne W Tucker

Wayne W Tucker #987625 Pro-se
Okaloosa Correctional Institution
3189 Colonel Greg Malloy Road
Crestview, Florida 32538


CERTIFICATE OF SERVICE

I HEREBY DECLARE, Under Penalty of Perjury that this Complaint was delivered to prison officials for mailing on the 12-13-2018 pursuant to the Mailbox Rule. See "Houston v. Lack, 108 S.Ct. 2379, 2382 (1988)

Date: 12-13-2018                    Respectfully Submitted, Wayne W Tucker

Wayne W Tucker #987625 Pro-se
Okaloosa Correctional Institution
3189 Colonel Greg Malloy Road
Crestview, Florida 32538

17.

LEGAL MAIL

NAME: _Antione Crozier_ #181625
D.C. # 181625
Okaloosa Correctional Institution
DORM: C-3163C
3189 Col Greg Malloy Rd
Crestview, Florida 32539- 7013

U.S. DISTRICT COURT
100 NORTH PALA FOX STREET
Pensacola Florida 32502

CHECKED DEC 14 2018

12-15-18 PM